**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DEWAYNE HENDRIX,**

  **Plaintiff,**

**v.**                                                    **Case No.  8:04-cv-2172-T-30EAJ**

**UNITED STATES OF AMERICA,**

  **Defendant.**

_____/

## FINAL JUDGMENT

**THE COURT** having heard testimony in this cause and having made its Findings of Fact pursuant to written Order dated January 23, 2007, and having now reviewed the memoranda of the parties, the Court grants final judgment in favor of the Plaintiff, DEWAYNE HENDRIX, in the amount of $1,577.00.

The damages allowed by the Court are as follows:

| | | |
|---|---|---|
| A. | Polk County EMS | $  374.00 |
| B. | Winter Haven Hospital | $  561.70 |
| C. | Emergency physicians | $  350.55 |
| D. | Radiologist | $   38.00 |
| E. | First Care Services | $  152.75 |
| F. | Bicycle | $  100.00 |
| TOTAL: | | $1,577.00 |

Medical bills incurred by Plaintiff beyond those allowed in this Final Judgment were not a result of this accident.

It is therefore ORDERED AND ADJUDGED:

1.       Final Judgment is entered in favor of Plaintiff, DEWAYNE HENDRIX, and against Defendant, UNITED STATES OF AMERICA, in the amount of $1,577.00.

2.       The Clerk of this Court is directed to CLOSE this file and terminate any pending motions.

3.       Plaintiff shall submit an affidavit of taxable costs, if any, within twenty (20) days of the date of this Final Judgment.

**DONE** and **ORDERED** in Tampa, Florida on February 22, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2172.final judgment.wpd